IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | C.A. No. 6:20-cv-06338-EAW |
| v. | |
| HOBART AND WILLIAM SMITH COLLEGES, WILLIAM BOERNER, TAMARA CHASE, and KELLEY HODGE, | **JOINT STIPULATION** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel for Plaintiff John Doe, and counsel for Defendants Hobart and William Smith Colleges and William Boerner, as follows:

1. Defendants Hobart and William Smith Colleges and William Boerner waived service of a summons and their response to the Complaint is thus due on July 27, 2020.

2. Defendants Hobart and William Smith Colleges and William Boerner intend to oppose Plaintiff's Motion to Proceed Under Pseudonym.

3. The Colleges' and Mr. Boerner's opposition to Plaintiff's Motion to Proceed Under Pseudonym shall be due on the same date as their response to the Complaint.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully Submitted,

| | |
|---|---|
| Dated: New York, New York<br>June 5, 2020 | Dated: Philadelphia, Pennsylvania<br>June 5, 2020 |
| NESENOFF & MILTENBERG, LLP | PEPPER HAMILTON LLP |
| By: /s/ Stuart Bernstein<br>Stuart Bernstein<br>Andrew T. Miltenberg<br>Adrienne Levy (admission pending)<br>363 Seventh Avenue, Fifth Floor<br>New York, New York 10001<br>(212) 736-4500<br>sbernstein@nmllplaw.com<br>amiltenberg@nmllplaw.com<br>alevy@nmllplaw.com<br><br>*Attorneys for Plaintiff John Doe* | By: /s/ Michael E. Baughman<br>Michael E. Baughman<br>Jason T. Ketelsen (*pro hac vice* to be filed)<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, Pennsylvania 19103<br>(215) 981-4000<br>baughmam@pepperlaw.com<br>ketelsej@pepperlaw.com<br><br>*Attorneys for Defendants Hobart and William Smith Colleges and William Boerner* |

**IT IS SO ORDERED:**

Date:_____     _____
                                                                ELIZABETH A. WOLFORD
                                                                United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2020, a true and accurate copy of the foregoing Joint Stipulation was served electronically via the Court's Electronic Case Filing system.

                                                                                             */s/ Michael E. Baughman*
                                                                                              Michael E. Baughman