

Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

troutman.com

**Michael E. Baughman**
D 215.981.4964
Michael.Baughman@troutman.com

August 4, 2022

**Via ECF**

Hon. Mark W. Pedersen
United States Magistrate Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614
TEL: (585) 613-4360
FAX: (585) 613-4365
pedersen@nywd.uscourts.gov

Re:   John Doe v. Hobart and William Smith Colleges, et al., No. 20-cv-6338

Dear Judge Pedersen:

This firm represents defendant Hobart and William Smith Colleges in the above-referenced matter, and I write on behalf of all the parties to request extensions of the discovery deadlines in the Court's Amended Scheduling Order [ECF 55].

The parties are moving forward with discovery and have exchanged written discovery and produced the bulk of the documents responsive to pending requests.  The document production process took a fair amount of time since there are other students involved and the parties first had to resolve the issue of objections under FERPA.  As explained during the hearing on this issue last March, the time it took to resolve these issues has made completing discovery within the current deadlines difficult.  The Parties require additional time to take depositions, some of which involve out of state third parties.  In order to accommodate these issues and the parties' continued discovery efforts, the parties respectfully request extensions of certain deadlines as outlined below.  This is the parties' first request for an extension of the discovery deadlines.

|  | Current Deadline | **Proposed New Deadline** |
|---|---|---|
| All factual discovery | September 30, 2022 | **January 27, 2023** |
| Motions to compel discovery | August 30, 2022 | **December 30, 2022** |
| All expert discovery | December 30, 2022 | **April 28, 2023** |
| Plaintiff expert reports | October 31, 2022 | **March 3, 2023** |

**Hon. Mark W. Pedersen**
August 4, 2022
Page 2



| Defendant expert reports | November 30, 2022 | **March 31, 2023** |
|---|---|---|
| Dispositive motions, if any | January 31, 2023 | **May 31, 2023** |

If the Court would like additional information, the parties would be happy to provide it.

Respectfully,

Michael E. Baughman

Cc:   Stuart Bernstein, Esq.
       Brian Biggie, Esq.